UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEROME M. MELLION                                         CIVIL ACTION

VERSUS

SID J. GAUTHREAUX III, ET AL.                             NO. 15-0201-SDD-EWD

**O R D E R**

Upon a review of Defendants' Motions to Dismiss (R. Docs. 8 and 10), Plaintiff's opposition thereto (R. Doc. 11), and the documentary exhibit/affidavit submitted by Defendant Linda Ottesen in support of her Motion to Dismiss, *see* R. Doc. 12, the Court concludes that Defendants' Motions to Dismiss should be converted to Motions for Summary Judgment as authorized by Fed. R. Civ. P. 12(d), in order that the Court may consider evidence pertinent to Plaintiff's claim.    As a general rule, a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure tests the legal sufficiency of Plaintiff's Complaint and is evaluated by the Court on the basis of the allegations of the Complaint alone, together with any attachments thereto, *see Financial Acquisition Partners LP v. Blackwell*, 440 F.3d 278, 286 (5th Cir. 2006). Notwithstanding, the Court is entitled, pursuant to Fed. R. Civ. P. 12(d), to consider evidentiary submissions and to thereby convert a Motion to Dismiss to one for Summary Judgment brought pursuant to Fed. R. Civ. P. 56.    Considering that the Motion to Dismiss of Defendant Linda Ottesen relies in part upon an evidentiary submission that would otherwise not be subject to consideration by the Court, and considering that the consideration of such evidentiary submission appears to be necessary for resolution of the pending motions, the Court finds that Defendants'

Motions to Dismiss should be converted to Motions for Summary Judgment as permitted by the Federal Rules.   Accordingly,

**IT IS ORDERED** that Defendants' Motions to Dismiss (R. Docs. 8 and 10) are hereby converted to Motions for Summary Judgment brought pursuant to Fed. R. Civ. P. 56.

**IT IS FURTHER ORDERED** that, within fourteen (14) days of the date of this Order, Defendants shall supplement their pending motions (R. Docs. 8 and 10) with additional affidavits, documentation, or legal authority and argument pertinent to a consideration of the issues in this case.

**IT IS FURTHER ORDERED** that Plaintiff shall have ten (10) days after Defendants' submissions to supplement his opposition to Defendants' motions.

Signed in Baton Rouge, Louisiana, on May 31, 2016.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**